DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYRA JEMUEL MOBLEY o/b/o JULIANNA MOBLEY-BOYD,**
Appellant,

v.

**LEONARD LAMAR BOYD, JR.,**
Appellee.

No. 4D21-3031

[February 16, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Greenhawt, Senior Judge; L.T. Case Nos. DVCE21-006689 and DVCE21-006690.

Kyra Jemuel Mobley, Plantation, pro se.

Leonard Lamar Boyd, Jr., Oakland Park, pro se.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***